United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| MARCOS ALBINO BUSTAMANTE, et al., | Case No. 25-cv-02605-LB |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| KRISTI NOEM, et al., | |
| Defendants. | |

On December 4, 2025, the court granted the plaintiffs' cross-motion for summary judgment, and denied the defendants' motion for summary judgment. Pursuant to Federal Rule of Civil Procedure 58, the court hereby enters judgment in favor of the plaintiffs and against the defendants. The court directs the Clerk of Court to close the file in this matter.

**IT IS SO ORDERED.**

Dated: December 4, 2025

_____
LAUREL BEELER
United States Magistrate Judge

JUDGMENT – No. 25-cv-02605-LB